Jeffrey Wade Yexley # 74071
Name and Prisoner/Booking Number

Mike Durfee State Prison
Place of Confinement

1412 Wood Street
Mailing Address

Springfield, S.D. 57062
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## _NORTHERN_ DIVISION

JEFFREY WADE YEXLEY          ,
(Full Name of Plaintiff)

Plaintiff,

vs.

CLARK COUNTY          ,

JEFF KOLLARS          ,

KELLIE WASKO          ,

KELLY TJEEROSMA          ,

(Full Name of Each Defendant)

Defendants.

Case No. 1:24-cv-1012
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

## DEMAND JURY TRIAL

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☒ Other: (Please specify.) 28 U.S.C. § 1332 (a)  —  legal malpractice claim

2. Name of Plaintiff: Jeffrey Wade Yexley - S.D. DOC # 74071
   Present mailing address: 1412 Wood Street, Springfield S.D. 57062
   (Failure to notify the Court of any change of address may result in dismissal of this action.)
   Institution/city where violation occurred: South Dakota Department of Corrections Mike Durfee State Prison

---

**CIVIL RIGHTS COMPLAINT**    1-15

3. Name of first Defendant: _Clark County_ . The first Defendant is employed as:
_County_ at _State of South Dakota_ .
(Position and Title)                    (Institution)
This Defendant is sued in his/her: ☒individual capacity ☒official capacity (check one or both)
Explain how this Defendant was acting under color of law: _The County of Clark acts as a legal county under color of law_ .

4. Name of second Defendant: _Jeff Kollars_ . The second Defendant is employed as:
_investigative agent_ at _S.D. Division of Criminal Investigation._
(Position and Title)                    (Institution)
This Defendant is sued in his/her: ☒individual capacity ☒official capacity (check one or both)
Explain how this Defendant was acting under color of law: _Jeff Kollars acts as a DCI Special Agent under the color of law_ .

5. Name of third Defendant: _Kellie Wasko_ . The third Defendant is employed as:
_Secretary of Corrections_ at _S.D. Dept. of Corrections_ .
(Position and Title)                    (Institution)
This Defendant is sued in his/her: ☒individual capacity ☒official capacity (check one or both)
Explain how this Defendant was acting under color of law: _Kellie Wasko acts as a secretary of Corrections under the color of law_ .

6. Name of fourth Defendant: _Kelly Tjeerdsma_ . The fourth Defendant is employed as:
_Unit Coordinator_ at _Mike Durfee State Prison_ .
(Position and Title)                    (Institution)
This Defendant is sued in his/her: ☒individual capacity ☒official capacity (check one or both)
Explain how this Defendant was acting under color of law: _Kelly Tjeerdsma acts as an Unit Coordinator under the Color of law_ .

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If your answer is "yes," how many lawsuits have you filed? _N/A_ . Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _N/A_

7. Name of 5th Defendant: Alejandro Reyes . The 5th Defendant is employed as: Associate Warden at Mike Durfee State Prison .
(Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: Alejandro Reyes acts as the Associate Warden in the color of law .

8. Name of 6th Defendant: Delmar Sonny J. Walter. The 6th Defendant is employed as: retained attorney at Lawfirm of D. Sonny J. Walter .
(Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both) The Defendant Delmar Sonny J. Walter is sued under a legal malpractice claim under 28 U.S.C. § 1332 (a) which is the citizen in controversy as sued for interests and costs over $75,000 .

9. Name of the 7th Defendant: C.O. Nelsen . The 7th Defendant is employed as: Correctional Officer at Mike Durfee State Prison .
(Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: C.O. Nelsen acts as Correctional Officer under the Color of law .

10. Name of 8th Defendant: Carol Hagen . The 8th Defendant is employed as: Business Staff Officer at Mike Durfee State Prison .
(Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: Carol Hagen acts as a Business Staff Officer under the color of law .

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

DSD 01-11                                    **CIVIL RIGHTS COMPLAINT**                              3 - 15

Defendants: _N/A_

_N/A_

b. Court: (If federal court, identify the district; if state court, identify the county.) _N/A_

_N/A_

c. Case or docket number: _N/A_

d. Claims raised: _N/A_

_N/A_

_N/A_

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

_N/A_

f. Approximate date lawsuit was filed: _N/A_

g. Approximate date of disposition: _N/A_

4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _N/A_
      Defendants: _N/A_

      _N/A_

   b. Court: (If federal court, identify the district; if state court, identify the county.) _N/A_

      _N/A_

   c. Case or docket number: _N/A_

   d. Claims raised: _N/A_

      _N/A_

      _N/A_

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

      _N/A_

   f. Approximate date lawsuit was filed: _N/A_

   g. Approximate date of disposition: _N/A_

5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _N/A_
      Defendants: _N/A_

      _N/A_

   b. Court: (If federal court, identify the district; if state court, identify the county.) _N/A_

      _N/A_

   c. Case or docket number: _N/A_

   d. Claims raised: _N/A_

      _N/A_

      _N/A_

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

      _N/A_

   f. Approximate date lawsuit was filed: _N/A_

   g. Approximate date of disposition: _N/A_

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT 1

1. The following constitutional or other federal right has been violated by the Defendant(s): My Fourth Amendment of the United States Constitution to have freedom from malicious prosecution

2. Count 1 involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care    ☐ Access to the court    ☐ Mail
   ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☐ Property
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: Malicious Prosecution

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 1. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   The Defendants Clark County and DCI Special Agent Jeff Kollars encompassed an investigation, prosecution, conviction, and incarceration against the Plaintiff. The Defendants initiated this criminal prosecution against Plaintiff in making influenced, and participation decisions to prosecute through utilizing the Clark County grand jury to return an indictment. That there was a lack of probable cause for the grand jury indictment and criminal prosecution. Plaintiff was arrested and seized and jailed until the bond can be paid. Then the Plaintiff was rearrested and jailed for a presentence investigation and sentenced to the S.D. Dept of Corrections as depriving liberty as understood under Fourth Amendment jurisprudence. This criminal case is 12CRI 23-0002 in the Third Judicial Circuit Court that maintains an unreasonable prosecutorial seizure as the grand jury indictment was invalid concerning a defect in the indictment and the criminal prosecution is invalid as it contains defects in the prosecution. The Judgment of Conviction is invalid as malicious prosecution.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Plaintiff suffered or injury deprivation of liberty as limited on liberty, freedom of association injury, injured freedom of movement, financial expense of legal defense, reputational harm among members of community, inability to transact business or obtain employment of job or work, personal pain, mental anguish, emotional distress

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 1    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 1 to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I appealed to the highest level exhausted

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## . CAUSE OF ACTION

### COUNT 2

1. The following constitutional or other federal right has been violated by the Defendant(s): *The Fourth Amendment of the U.S. Constitution right to be secured against unreasonable searches and seizures*

2. Count 2 involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: *Malicious Prosecution*

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 2. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   *The prosecutor Chad Fjelland used the defendants Clark County and DCI special Agent Jeff Kollars to initiate a criminal investigation and prosecution against the Plaintiff. Clark County and DCI Jeff Kollars commenced an investigation and criminal prosecution as making an influence, participation and decision to prosecute the Plaintiff for kidnapping. The investigation and prosecution lacked probable cause to search and seize the Plaintiff unreasonably. This prosecution continued to jail and incarcerate the Plaintiff and these defendants utilize prosecutorial misconduct to charge Plaintiff's wife for kidnapping to have an unfair advantage against the Plaintiff. The defendants Clark County and Jeff Kollars used unfair and unprofessional strategies and tactics to prosecute and convict the Plaintiff to be incarcerated and imprisonned. The grand jury indictment lacked probable cause concerning the defects of the grand jury witness was not given adequate and reasonable Notice of rights, as Right to witness counsel, privilege against self-incrimination, and if he can't afford an attorney one will be appointed, before he testified.*

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   *Emotional distress, mental anguish, depression, humiliation, shame, disgrace, loss of consortium, reputation, terminated guardianship rights, liberty, legal costs, legal expenses, loss of work, employment earned wages, future earnings, loss of income, loss enjoyment of life, loss wages of future earned capacity, loss liberty, family, companionship*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 2.   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 2 to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

   _____

---

## COUNT 3

1. The following constitutional or other federal right has been violated by the Defendant(s): The Fourteenth Amendment of the U.S. Constitution right to not be denied equal protections of the laws

2. Count 3 involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care    ☐ Access to the court    ☐ Mail
   - ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☐ Property
   - ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: legal malpractice

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 3  Describe exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal authority or arguments).  I summer of 2023, The Plaintiff was charged with criminal offenses of kidnapping and the prosecutor Chad Fjelland used a task force to charge his wife Karri Yexley. Plaintiff consulted a contract with attorney Defendant named Delmar Sonny J. Walter as retaining counsel to represent wife Karri Yexley. Plaintiff retained Defendant Walter for $15,000 dollars in contract to take these criminal charges to trial and to drop the guardianship termination case. Walter had committed collusion with prosecutor Fjelland and manipulated the entire criminal case into a breached coerced plea agreement. Walter conducted a breach of duty based on collusion, breach of contract, breach of duty of good faith and fair dealing, breach of fiduciary duty, collusion, negligent misrepresentation, legal malpractice in committing fraud and deceit, bad faith, barratry - abuse of process, malice, loss of fees concerning this breach by legal malpractice totalling of $80,000 to $100,000 dollars. That Walter conducted himself to violating the attorney-client relationship and privileges as abandoning Plaintiff's contract and loyalty representing wife Karri Yexley as intentionally treated differently from other clients similarly situated in representations by attorney d. Sonny J. Walter as unfairly and mistreated.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)). Injury is that emotional distress, mental anguish, psychological trauma affecting mental and physical well-being, depression, humiliation, shame, disgrace, injury to reputation, terminated guardianship rights, loss of consortium, tangible and intangible damages, loss of employment wages, loss of legal costs and expenses.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 3    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 3 to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

## COUNT 4

1. The following constitutional or other federal right has been violated by the Defendant(s): _The Fourteenth Amendment of the United States Constitution right to not be deprived of life, liberty, or property without due process of the law._

2. Count 4 involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care    ☐ Access to the court    ☐ Mail
   ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☒ Property
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: _legal malpractice over diversity amount_

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 4   Describe exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal authority or arguments).

   _Plaintiff hired or retained attorney Delmar Sonny J. Walter as representing counsel to assist his wife Karri Yexley in a criminal case for kidnapping in the summer of 2023. Plaintiff consulted and made a contract or agreement that attorney Walter represents wife Karri to take the criminal charges to jury trial as defense. Instead Walter made collusion with Prosecutor Chad Fjelland to coerce a plea agreement to dismiss charges against wife in exchange for Plaintiff's guilty plea. There was a two-year deferred prosecution agreement restriction on wife without any notice. Walter had breach fiduciary duty, breach contract, breach of duty based on collusion, breach duty of fair dealing and good faith, bad faith, fraud and deceit, barratry - abuse of process, malice conducting legal malpractice as Plaintiff paid $15,000 to retain Walter but the loss of legal costs and damages reach about $200,000 dollars. Plaintiff was not given notice of the collusion to plan a plea agreement and a two-year restriction on wife Karri Yexley._

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   _emotional distress, mental anguish, psychological trauma affecting mental and physical well-being, depression, humiliation, shame, disgrace, injury to reputation, guardianship termination, loss of consortium, tangible and intangible damages, loss of employment wages, legal costs & expenses._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 4    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 4 to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

---

## COUNT 5

1. The following constitutional or other federal right has been violated by the Defendant(s): The Fourteenth Amendment of the U.S. Constitution right to not be deprived of life, liberty, or property without due process of law

2. Count 5 involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☒ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 5 Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   The Business Staff Officer Carol Hagen had received funds from a family member to put it within the Plaintiff's inmate account. Defendant Carol Hagen received this money or funds in the Mike Durfee State Prison's business office and had taken this money amount that was less then the $160.00 maximum amount as limited to deposit in the spending account, and Hagen had taken this fund amount and transfered or moved it to the frozen account about $64.00 dollars and place about $50.00 dollars into the savings account. The DOC policy 1.1.B.2 authorizes this amount that exceeds over the $160 amount to be placed in the savings and frozen account. Officer Hagen had mistakingly transfered or placed these funds into the savings and frozen account when these fund amounts was less then the $160.00 dollars. this fund received was miscalculated and misplaced into wrong inmate's subaccounts.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Injury is that the Plaintiff could not spend this amount to purchase and buy legal supplies and resources to file for legal court proceedings. Mental Anguish

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 5.   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 5 to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _Exhausted at highest level_



## COUNT 6

1.  The following constitutional or other federal right has been violated by the Defendant(s): The Eighth Amendment of the U.S. Constitution to be free from cruel and unusual punishment

2.  Count 6 nvolves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)  ☒ Medical care   ☐ Access to the court   ☐ Mail
    ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 6 Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
    The Plaintiff came into the S.D. Department of Corrections in the month of February of 2024. Plaintiff arrived at the Jameson Annex prison unit and seen the dental clinic for Medical care. The dentist pulled all 10 teeth out of Plaintiff's mouth so the Plaintiff can received a dental care or treatment of being prescribed dentures. Plaintiff arrived at the Mike Durfee State Prison and entered prison kites for emergency dental care but the dental clinic denies to see the Plaintiff. The Defendants Wasko, Reyes and Tjeerdsma are delaying dental care to have the dental clinic provide the Plaintiff the dentures prescribed. Plaintiff's gums are bleeding and experience pain chewing food when eating without teeth. Food cannot be chewed properly as chunks of food tend to choke the Plaintiff when he swallows. These Defendants are deliberate indifferent to Plaintiff's serious Medical needs.

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    Injury is pain suffering, bleeding gums, sliced gums, Medical problems, infection of gums, chokes on food, infliction of pain and suffering, pain due to not eating properly, headaches, humiliation, shame, disfigurement, emotional distress, mental anguish

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                              ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count 6.         ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Count 6 to the highest level?   ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## COUNT 7

1. The following constitutional or other federal right has been violated by the Defendant(s): _The Fourteenth Amendment of the U.S. Constitution right to not be denied the equal protection of the laws_

2. Count 7 involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care   ☐ Access to the court   ☐ Mail
   - ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   - ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: _Intentional discrimination_

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count 7. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   The Plaintiff had been imprisoned within the Mike Durfee State Prison of the South Dakota Department of Corrections under a judgment of conviction for kidnapping. Plaintiff seeked for inmate legal assistance in the prison and found an offender named Michael Lynn Merrival, Jr., as the inmate writ writer or jailhouse lawyer to help assist Plaintiff to exhaust state court remedies or any remedies by filing legal pleading motions, State and Federal writ of habeas corpus, and a §1983 civil complaint. The Defendants Wasko, Reyes, Kelly Theerdsma and C.O. Nelsen says discriminatory statements to the Plaintiff, as Theerdsma and Nelsen states words of "don't do any legal filing with Merrival" "don't talk to Merrival" "don't believe Merrival" "don't take legal advice from Merrival." Defendants Wasko and Reyes allows their prison staff Theerdsma and Nelsen to discriminate against Merrival assisting the Plaintiff in legal matters. These Defendants conduct intentional and purposeful discrimination against Plaintiff receiving legal assistance from Merrival. Defendants treat other inmates different as similarly situated as unequal treatment to the Plaintiff.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Emotional distress, mental anguish, psychological trauma as troubling to believe professional staff failing to be effective to filing viable claims and causing negligence to filing dates to procedures, depression causing actual injury to receive favorable remedies

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count 7. ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count 7 to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

The Plaintiff seeks injunctive, declaratory and monetary relief and seeks compensatory and punitive damages and money damages. Plaintiff seeks compensation and appropriate relief. Plaintiff seeks the money relief up to $5,000,000 dollars to cover any and all damages. Plaintiff seeks $80,000 - $100,000 dollars from attorney Delmar Sonny J. Walter for the legal malpractice claim. Compensate loss of employment wages and benefits, pecuniary damages. Plaintiff seeks any appropriate remedial relief estimated by the Court or Jury on damages and amounts and or equitable monetary relief, and seeking individual relief of any kind as monetary relief. Plaintiff seeks the general and appropriate injunctive, declaratory, monetary, compensatory relief and damages from $5,000,000 dollars to $10,000,000 dollars in relief and remedy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _5-14-24_
                    DATE

_Michael Lynn Merival, Jr._
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
SIGNATURE OF PLAINTIFF
Jeffrey Wade Yexley
S.D. DOC # 74071
Mike Durfee State Prison
1412 Wood Street
Springfield, S.D. 57062

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

Jeffrey Wade Yexley #74071
S.D. Department of Corrections
Mike Durfee State Prison
1412 Wood Street
Springfield, S.D. 57062



RECEIVED

MAY 2 0 2024

U.S. DISTRICT COURT
ABERDEEN, SD

United States District Court
The U.S. Clerk's Office
102 Fourth Ave., SE, Room 40
Aberdeen, S.D.
57401

LEGAL
MAIL